UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DENNIS RAY YANCEY
        Plaintiff(s)
  v.   **Judgment in a Civil Case**
RICK BROADWELL; CATHY WILLIAMS
        Defendant(s)   Case Number: 5:10-CT-3131-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge§ 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute.

This Judgment Filed and Entered on February 16, 2011, with service on:
Dennis Ray Yancey 0719571, Neuse Correctional Center, Caller Box 8009, Goldsboro, NC 27533 (via U.S. Mail)

February 16, 2011   /s/ Dennis P. Iavarone
        Clerk